In the Matter of the Petition of JAMES DEERING to Vacate
an Assessment.

(Argued April 19, 1887; decided May 3, 1887.)

*James A. Deering* for appellant.

*D. J. Dean* for respondent

Agree to affirm ; no opinion.
All concur.
Order affirmed.